Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, California 90670-4756
Tel: (562) 868-5886
Fax: (562) 868-5491
Email: steven_rohlfinglaw@hotmail.com

Attorneys for plaintiff Sodi C. Diaz

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SODI C. DIAZ, | No. CV 06-2438 JC |
| Plaintiff, | [~~PROPOSED~~] ORDER EXTENDING BRIEFING SCHEDULE |
| v. | |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including October 4, 2006, in which to file Plaintiff's motion for summary judgment.

Dated: 10/5/06

/s/
_____
JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE